1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

12  RANDY DOBY,                          ) NO. CV 14-05444-AB (AS)
                                         )
13              Petitioner,              ) **ORDER ACCEPTING FINDINGS,**
                                         )
14        v.                             ) **CONCLUSIONS AND RECOMMENDATIONS**
                                         )
15  C. GIBSON, Warden,                   ) **OF UNITED STATES MAGISTRATE JUDGE**
                                         )
16              Respondent.              )

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  After having

21  made a *de novo* determination of the portions of the initial Report

22  and Recommendation to which objections were directed, the Court

23  concurs with and accepts the findings and conclusions of the

24  Magistrate Judge in the Report and Recommendation.

25

26      **IT IS ORDERED** that Judgment be entered denying and dismissing

27  the First Amended Petition with prejudice.

28

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment herein on counsel for Petitioner and counsel for

4  Respondent.

5

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8    DATED: June 23, 2016.

9

10

11

12  _____

13    ANDRÉ BIROTTE JR.,
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28