**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| RANDY DOBY, | ) NO. CV 14-05444-AB (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| C. GIBSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: June 23, 2016

_____
ANDRÉ BIROTTE JR.,
UNITED STATES DISTRICT JUDGE